# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 21, 2012

144666

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Marilyn Kelly
Stephen J. Markman
Diane M. Hathaway
Mary Beth Kelly
Brian K. Zahra,
Justices

IAN McPHERSON,
     Plaintiff-Appellee,

v

CHRISTOPHER McPHERSON and AAA
AUTO CLUB GROUP INSURANCE
COMPANY,
     Defendants,
and

PROGRESSIVE MICHIGAN INSURANCE
COMPANY,
     Defendant/Cross-Plaintiff-Appellant,
and

AUTO CLUB INSURANCE ASSOCIATION,
MEMBERSELECT INSURANCE COMPANY,
and AUTO CLUB INSURANCE COMPANY,
     Defendants/Cross-Defendants.

SC: 144666
COA: 299618
Oakland CC: 2008-095926-NI

_____/

     On order of the Court, the application for leave to appeal the January 10, 2012 judgment of the Court of Appeals is considered. We direct the Clerk to schedule oral argument on whether to grant the application or take other action. MCR 7.302(H)(1). The parties may file supplemental briefs within 35 days of the date of this order, but they should not submit mere restatements of their application papers.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 21, 2012

_____
Clerk

t0918